UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                               **ORDER**

                                               17-CR-390 (ALC)

        -v-

Lawrence Montalbano,

            Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing set for January 24, 2020 is adjourned to **February 19, 2020 at 10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 9, 2020

                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-9-20